Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@hunton.com
Emily Burkhardt Vicente (State Bar No. 263990)
ebvicente@hunton.com
Kirk A. Hornbeck (State Bar No. 241708)
khornbeck@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SHEPHARD and HENRY ROMINES, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HIW, INC., and DOES 1 through 50,<br><br>Defendants. | Case No.: 12-CV-03893-JSW<br><br>[~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT<br><br>[*Administrative Motion and Declaration of Emily Burkhardt Vicente filed concurrently herewith*] |

# [PROPOSED] ORDER

The Court has reviewed the Parties' Joint Administrative Motion to Modify Briefing Schedule on Plaintiffs' Motion for Remand to State Court (the "Motion"), as well as the Declaration of Emily Burkhardt Vicente in support thereof.

Good cause is hereby shown, and the Court hereby modifies the briefing schedule on Plaintiffs' Motion as follows:

- Opposition papers:    September 14, 2012
- Reply papers:    September 28, 2012

Hearing set for November 9, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: September 5, 2012

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE