# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Ronald Shephard and Henry
Romines, _____ ,
              Plaintiff(s),

CASE NO. 12-CV-03893-JSW _____

         v.

Lowe's HIW, Inc., and
DOES 1 through 50, _____ ,
             Defendant(s).
_____ /

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☑ Private ADR *(please identify process and provider)*  The parties request private
mediation.
_____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☑ other requested deadline  The parties request the mediation deadline be set
sometime after a ruling on Plaintiffs' forthcoming motion for class certification.

Dated: Oct. 2, 2012 _____
                              Attorney for Plaintiff

Dated: Oct. 2, 2012 _____
                              Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   October 3, 2012

_____
UNITED STATES  DISTRICT   JUDGE

┌─────────────────────────────────────────────────────────────────┐
│ When filing this document in ECF, please be sure to use the appropriate Docket │
│ Event, e.g., "Stipulation and Proposed Order Selecting Mediation." │
└─────────────────────────────────────────────────────────────────┘

Rev. 12/11