**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SHEPHARD and HENRY ROMINES, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HIW, INC. and DOES 1-50,<br><br>Defendants.<br>_____/ | No. C 12-03893 JSW<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION** |

The Court ADOPTS the parties' stipulated briefing schedule for the class certification motion. Accordingly, the motion shall be filed no later than June 3, 2013; the opposition shall be filed no later than July 3, 2013; the reply shall be filed no later than July 17, 2013; and the sur-reply shall be filed no later than July 31, 2013. The parties' request for twenty pages for the motion and opposition is GRANTED. The hearing on the motion for class certification is HEREBY SET for August 23, 2013 at 9:00 a.m.

The case management conference set for November 16, 2012 at 1:30 p.m. is CONTINUED to August 23, 2013 at 9:00 a.m. to follow the hearing on the motion for class certification.

**IT IS SO ORDERED.**

Dated: November 9, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE