Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| RONALD SHEPHARD and HENRY ROMINES, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HIW, INC., and DOES 1 through 50,<br><br>Defendants | Case No.: 12-CV-03893-JSW<br><br>[~~PROPOSED~~] ORDER REGARDING CLASS NOTICE |
| LOWE'S HIW, INC.,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>MERRILL'S GARAGE DOORS, INC., a California corporation,<br><br>Third-Party Defendant. | FAC Filed: June 20, 2012<br>Trial Date: February 2, 2015 |

This matter comes before the Court pursuant to the parties' Submission Regarding Class Notice. The parties agreed on the substance and form of the notice to class members with one exception. Defendant proposed that the following sentence be included in the notice, which Plaintiff opposed: "You also may be required to provide information, give testimony at a deposition, and/or

give testimony at the trial of this action." The parties ask the Court to approve the agreed-upon notice and rule on whether the additional sentence proposed by Lowe's should be included.

Based on the foregoing, and the Court having considered the parties' filings, the Court hereby ORDERS as follows:

1. The court has reviewed the proposed notice filed by the parties and finds that it meets the requirements of Fed. R. Civ. P. 23(c)(2)(B). The Notice, therefore, and is APPROVED; because the Court has not determined the disputed issue, but the disputed language provides that class member "may" be required,

2. Defendant's request to add its proposed additional sentence to the notice is [GRANTED/~~DENIED~~];

3. The notice proposed by the parties, as approved herein, following the insertion of the administrator's name and address, shall serve as the notice to be issued in this matter; and

4. Plaintiff shall provide the notice and the questionnaire, as approved herein, along with postage-prepaid post-cards and envelopes as indicated in the proposed notice submitted by the parties, via first class mail to the last known addresses of the class members, as provided by the defendant on or before the date previously set by this Court.

IT IS SO ORDERED.

Dated: January 6, 2014

_____
Hon. Jeffrey S. White
United States District Judge