LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RONALD SHEPHARD and HENRY ROMINES, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HIW, INC., and DOES 1 through 50.<br><br>Defendants. | CASE NO. 12-CV-03893-JSW-KAW<br><br>**[PROPOSED] ORDER EXTENDING THE DEADLINE TO DISTRIBUTE THE CLASS NOTICE AND QUESTIONNAIRE TO THE CLASS MEMBERS** |

The Court, having considered the stipulated request to extend the deadline to distribute the Class Notice and Questionnaire to the Class Members as well as the declaration submitted therewith hereby GRANTS the request.

The Court ORDERS as follows:

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Deadline to mail Notice to installation company principals and questionnaires to determine identity of class members (subject to Court approval of Class Notice) | January 6, 2014 | January 31, 2014 |
| Deadline for potential class members to return questionnaires | February 7, 2014 | March 3, 2014 |
| Deadline to issue notice to additional class members based on responses to questionnaires | February 21, 2014 | March 17, 2014 |
| Deadline by which all opt-out forms must be post-marked to be considered valid | March 31, 2014 | May 1, 2014 |

**IT IS SO ORDERED.**

Dated: January 21, 2014

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

[PROPOSED] ORDER EXTENDING THE DEADLINE TO DISTRIBUTE THE CLASS NOTICE AND QUESTIONNAIRE TO THE CLASS MEMBERS;
CASE NO. 12-CV-03893-JSW-KAW

1